JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CYMEYON V. HILL,

             Plaintiff,

   v.

VALASA RN, ET AL.,

             Defendants.

No. ED CV 23-1499-JLS(E)

JUDGMENT

    IT IS ADJUDGED that the action is dismissed without prejudice.

    DATED:  March 12, 2024.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE